MARK R. MOFFAT (#5112)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, L.L.P.
10 West Broadway, Suite 210
Salt Lake City, Utah  84101
Telephone:  (801) 532-5297
Facsimile: (801) 532-5298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LORAN ST. CLAIR,<br><br>　　　　Defendant. | MOTION TO DISMISS<br><br><br><br><br>Case No. 2:09-CR-00291<br>(Judge Benson) |
|---|---|

Defendant, Loran St. Clair, by and through his attorney, Mark R. Moffat, submits this Motion to Dismiss and respectfully requests that this Court dismiss Counts 1 and 2 of the Superseding Indictment against Mr. St. Clair.  These counts are multiplicitous of the remaining count and should be dismissed.  This Motion is more fully supported by the accompanying Memorandum in Support.

　　　　DATED this 15th day of January 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Moffat
　　　　　　　　　　　　　　　　　　　　　　　MARK R. MOFFAT
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## *Certificate of Service*

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

    Cy H. Castle
    cy.castle@usdoj.gov,steven.morley@usdoj.gov,becky.bardago@usdoj.gov,stephanie.reinhart@usdoj.gov,jessica.christensen2@usdoj.gov,heather.nielson@usdoj.gov

    Carlie Christensen
    Carlie.Christensen@usdoj.gov,chris.allred@usdoj.gov

    Richard D. McKelvie
    richard.mckelvie@usdoj.gov,kristine.osmond@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    N/A

                                              /S/ Carol A. McCracken

H:\MRM\P\3505.wpd